# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

REMO HARRISON DANIELS,

          Plaintiff,

v.

WAUPUN CORRECTIONAL INSTITUTION,

          Defendant.

Case No. 16-CV-1632-JPS

**ORDER**

On December 14, 2016, the plaintiff filed a motion to dismiss this action voluntarily because he "made a mistake because of a misunderstanding." (Docket #5). He seeks dismissal of the action without prejudice. *Id.* Dismissal is proper because no party has yet answered the complaint. Fed. R. Civ. P. 41(a)(1)(A)(i). The Court will, therefore, dismiss this action without prejudice. *Id.*

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for voluntary dismissal (Docket #5) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

Dated at Milwaukee, Wisconsin, this 15th day of December, 2016.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge